

# NUMBER 13-06-00708-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF D. D. O., A CHILD

## On appeal from the 93rd District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Rodriguez
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on December 3, 2007. By order issued on November 1, 2007, this Court directed appellant to file her brief in this matter on or before December 3, 2007. On June 4, 2008, the Clerk of this Court notified appellant that her brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

After the Court obtained a new address for appellant, the Court again notified appellant that her brief was overdue and requested a response. To date, appellant has neither filed her brief in this matter nor otherwise responded to the Court's notices.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 31st day of July, 2008.